THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(D)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Rodolfo A. Salinas       
Appellant.
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2004-UP-572
Submitted November 1, 2004  Filed November 16, 2004 

APPEAL DISMISSED

 
 
 
Acting Deputy Chief Attorney Wanda P. Hagler, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Rodolfo A. Salinas 
 appeals his conviction for trafficking in cocaine, arguing the trial court erred 
 in admitting evidence of a prior drug transaction.  In his pro se 
 brief, Salinas argues the State failed to satisfy its burden of proof.  After 
 a thorough review of the record, counsels brief, and Salinass pro se 
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Salinass appeal 
 under Rule 220(b)(2), SCACR, and grant counsels motion to be relieved. 
 [1] 
 APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and WILLIAMS, 
 JJ., concur. 

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.